# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 03/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 5110
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Trustee | ▨▨▨▨▨▨▨▨ Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/2013 | New England Law, Teaching from 8/2013-12/2013 | $26,500.00 |
| 2. | 1/2013 | University of California - Irvine, Teaching from 1/2/13-1/8/13 | $3,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. Petersburg International Legal Forum Foundation | 5/11/2013-5/24/2013 | Russia, Czech Republic | Educational Program | Transportation, Food, Lodging |
| 2. | Justice Academy of Turkey | 10/28/2013-11/2/2013 | Turkey | Educational Program | Transportation, Food, Lodging |
| 3. | Central Eastern European Legal Institute ("CEELI") | 11/3/2013-11/8/2013 | Czech Republic | Educational Program | Transportation, Food, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 03/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Elena Borisenko | Prints, Scarf, Plate, Food, Liquor (value is estimated) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | B | Int./Div. | L | T | | | | | |
| 2. -iShares Barclays TIPS Bond Fund 2.898% | | | | | Sold (part) | 02/06/13 | J | A | |
| 3. -SPDR Gold Trust | | | | | Sold | 02/20/13 | J | A | |
| 4. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 02/06/13 | J | | |
| 5. | | | | | Sold (part) | 06/25/13 | J | A | |
| 6. | | | | | Sold (part) | 10/03/13 | J | A | |
| 7. -Vanguard Total Stock Market Index | | | | | | | | | |
| 8. -iShares MSCI Germany Index | | | | | Buy (add'l) | 06/07/13 | J | | |
| 9. -DB Commodity Index | | | | | | | | | |
| 10. -iShares MSCI Hong Kong | | | | | Buy (add'l) | 02/06/13 | J | | |
| 11. | | | | | Sold | 06/07/13 | J | A | |
| 12. -Vanguard REIT | | | | | Sold (part) | 02/06/13 | J | A | |
| 13. | | | | | Sold (part) | 06/25/13 | J | A | |
| 14. | | | | | Sold (part) | 10/03/13 | J | A | |
| 15. -Schwab Govt Money Fund | | | | | | | | | |
| 16. -SPDR S&P 500 Fund | | | | | Buy | 02/20/13 | J | | |
| 17. | | | | | Buy (add'l) | 06/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PowerShares QQQ Trust, Series 1 | | | | | Sold (part) | 02/06/13 | J | A | |
| 19. | | | | | Sold (part) | 10/03/13 | J | A | |
| 20. -Vanguard Emerging Markets Index | | | | | | | | | |
| 21. -Vanguard MSCI EAFE Index | | | | | | | | | |
| 22. -EGShares ETF Emerging Markets | | | | | | | | | |
| 23. -iShares AAA-A Rated Corporate Bond Fund | | | | | | | | | |
| 24. -iShares Russell 2000 Index | | | | | Buy (add'l) | 06/12/13 | J | | |
| 25. -iShares FTSE EPRA Nareit Global Real Estate | | | | | Sold | 06/12/13 | J | A | |
| 26. -Vanguard Dividend Appreciation Index | | | | | Sold (part) | 02/06/13 | J | A | |
| 27. -Powershares ETF Emerging Markets | | | | | Sold | 01/17/13 | J | A | |
| 28. -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy (add'l) | 06/25/13 | J | | |
| 29. | | | | | Sold (part) | 10/09/13 | J | A | |
| 30. -Powershares S&P Low Volatility | | | | | Sold (part) | 10/03/13 | J | A | |
| 31. -iShares Barclays 7-10 Year Treasury | | | | | | | | | |
| 32. -iShares Gold Trust | | | | | Buy (add'l) | 06/28/13 | J | | |
| 33. -Wisdom Tree Asia Local Market Debt Fund | | | | | | | | | |
| 34. - Wisdom Tree Brazilian Real Fund | | | | | Buy | 10/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wisdom Tree Japan Hedged Equity Fund | | | | | Buy | 01/17/13 | J | | |
| 36. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 37. | | | | | Sold (part) | 06/28/13 | J | A | |
| 38. - iShares MSCI United Kingdom Index | | | | | Buy | 06/07/13 | J | | |
| 39. - PIMCO 0-5 Yr High Yield Corp | | | | | Buy | 02/06/13 | J | | |
| 40. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 41. -Vanguard Int'l Equity Global ex-US Real Estate | | | | | Buy | 10/09/13 | J | | |
| 42. | | | | | | | | | |
| 43. IRA #2 | C | Int./Div. | M | T | | | | | |
| 44. -iShares Barclays TIPS Bond Fund 2.89% | | | | | Sold (part) | 02/06/13 | J | A | |
| 45. -SPDR Gold Trust | | | | | Sold | 02/20/13 | J | A | |
| 46. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 02/06/13 | J | | |
| 47. | | | | | Sold (part) | 06/25/13 | J | A | |
| 48. | | | | | Sold (part) | 10/03/13 | J | A | |
| 49. -iShares MSCI Germany Index | | | | | Buy (add'l) | 06/07/13 | J | | |
| 50. -DB Commodity Index | | | | | | | | | |
| 51. -iShares MSCI Hong Kong Index | | | | | Buy (add'l) | 02/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/07/13 | J | A | |
| 53.   -Vanguard REIT Index | | | | | Sold (part) | 02/06/13 | J | B | |
| 54. | | | | | Sold (part) | 06/25/13 | J | B | |
| 55. | | | | | Sold (part) | 10/03/13 | J | A | |
| 56.   -Vanguard Total Stock Market | | | | | | | | | |
| 57.   -Schwab Govt Money Fund | | | | | | | | | |
| 58.   -SPDR S&P 500 Fund | | | | | Buy | 02/20/13 | J | | |
| 59. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 60.   -PowerShares QQQ Trust, Series 1 | | | | | Sold (part) | 02/06/13 | J | A | |
| 61. | | | | | Sold (part) | 10/03/13 | J | A | |
| 62.   -Vanguard Emerging Markets Index | | | | | | | | | |
| 63.   -EGShares ETF Emerging Markets | | | | | | | | | |
| 64.   -iShares AAA-A Rated Corporate Bond Fund | | | | | | | | | |
| 65.   -iShares Russell 2000 Index | | | | | Buy (add'l) | 06/12/13 | J | | |
| 66.   -iShares FTSE EPPA Nareit Global Real Estate | | | | | Sold | 06/12/13 | J | B | |
| 67.   -Powershares EFF Emerging Markets | | | | | Sold | 01/17/13 | J | A | |
| 68.   -SPDR Barclays 1-3 Yr US Corp Investment Grade | | | | | Buy (add'l) | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/09/13 | J | A | |
| 70. -Powershares S&P Low Volatility | | | | | Sold (part) | 10/03/13 | J | A | |
| 71. -Wisdom Tree Brazilian Real Fund | | | | | Buy | 10/09/13 | J | | |
| 72. -Wisdom Tree Japan Hedged Equity | | | | | Buy | 01/17/13 | J | | |
| 73. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 74. | | | | | Sold (part) | 06/28/13 | J | A | |
| 75. -iShares MSCI United Kingdom Index | | | | | Buy | 06/07/13 | J | | |
| 76. -PIMCO 0-5 Yr High Yield Corp | | | | | Buy | 02/06/13 | J | | |
| 77. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 78. -iShares Gold Trust | | | | | Buy | 06/28/13 | J | | |
| 79. -iShares Barclays 7-10 Year Treasury | | | | | Buy | 10/09/13 | J | | |
| 80. -Vanguard FTSE ETF Developed Markets | | | | | Buy | 02/06/13 | J | | |
| 81. -Vanguard Int'l Equity Global ex-US Real Estate | | | | | Buy | 10/09/13 | J | | |
| 82. | | | | | | | | | |
| 83. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 84. iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 85. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Gold Trust | | None | J | T | Sold (part) | 02/20/13 | J | A | |
| 87. Vanguard Dividend Appreciation Index | A | Dividend | J | T | Buy (add'l) | 10/03/13 | J | | |
| 88. Vanguard Bond Index Fund | A | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 89. | | | | | Sold (part) | 06/25/13 | J | A | |
| 90. | | | | | Sold (part) | 10/03/13 | J | A | |
| 91. Vanguard Total Stock Market Index | A | Dividend | J | T | Sold (part) | 06/28/13 | J | A | |
| 92. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 93. iShares 7-10 Year Treasury Bond Fund | A | Dividend | J | T | | | | | |
| 94. iShares MSCI Germany Index | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 95. DB Powershares Commodity Index | | None | J | T | | | | | |
| 96. Ishares MSCI Hong Kong Index | | None | | | Buy (add'l) | 02/06/13 | J | | |
| 97. | | | | | Sold | 06/07/13 | J | | |
| 98. Ishares Gold Trust | | None | J | T | Buy (add'l) | 06/28/13 | J | | |
| 99. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 100. | | | | | Sold (part) | 06/25/13 | J | A | |
| 101. | | | | | Sold (part) | 10/03/13 | J | A | |
| 102. Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Vanguard REIT Index | | None | J | T | | | | | |
| 104. Vanguard MSCI EAFE Index | A | Dividend | | | Sold | 10/03/13 | J | | |
| 105. Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 106. Wisdom Tree Asia Local Market Debt Fund (Y) | | | | | | | | | |
| 107. PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 108. SPDR S&P 500 Fund | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 109. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 110. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | K | T | Buy (add'l) | 06/25/13 | J | | |
| 111. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 112. iShares FTSE EPRA Nareit Global Real Estate | A | Dividend | | | Sold | 06/12/13 | J | A | |
| 113. Powershares EFF Emerging Markets | A | Dividend | J | T | | | | | |
| 114. Powershares S&P Low VolatilityAdiv | A | Dividend | | | Sold (part) | 06/28/13 | J | A | |
| 115. | | | | | Sold | 10/03/13 | J | A | |
| 116. Guggenheim Enhanced Short Duration | A | Dividend | J | T | | | | | |
| 117. iShares Gold Trust | | None | J | T | | | | | |
| 118. Wisdom Tree Japan Hedged Equity | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 119. | | | | | Buy (add'l) | 02/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/28/13 | J | A | |
| 121. iShares MSCI EAFE Minimum Volatility | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 122. iShares MSCI United Kingdom Index | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 123. iShares Floating Rate Note Fund | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 124. iShares Russell 2000 Index Fund | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 125. | | | | | | | | | |
| 126. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 127. McDonald's Corp | B | Dividend | K | T | | | | | |
| 128. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 129. | | | | | | | | | |
| 130. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 131. iShares Barclays TIPS Bond Fund 5.289% | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 132. SPDR Gold Trust | | None | | | Sold (part) | 02/20/13 | J | B | |
| 133. | | | | | Sold | 08/19/13 | J | A | |
| 134. Vanguard Bond Index Fund | A | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 135. | | | | | Sold (part) | 06/25/13 | J | A | |
| 136. | | | | | Sold (part) | 10/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Total Stock Market Index | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 138. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 139. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 140. iShares MSCI Germany Index | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 141. | | | | | Sold (part) | 08/19/13 | J | A | |
| 142. DB Powershares Commodity Index | A | Dividend | J | T | | | | | |
| 143. Ishares MSCI Hong Kong Index | A | Dividend | | | Buy (add'l) | 02/06/13 | J | | |
| 144. | | | | | Sold | 06/07/13 | K | A | |
| 145. Vanguard Dividend Appreciation | A | Dividend | K | T | Sold (part) | 04/17/13 | J | A | |
| 146. | | | | | Sold (part) | 08/19/13 | J | A | |
| 147. Vanguard REIT | A | Dividend | J | T | Sold (part) | 02/06/13 | J | C | |
| 148. | | | | | Sold (part) | 06/25/13 | J | B | |
| 149. | | | | | Sold (part) | 10/03/13 | J | A | |
| 150. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 151. SPDR S&P 500 Fund | A | Dividend | K | T | Buy | 02/20/13 | J | | |
| 152. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 153. | | | | | Sold (part) | 08/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PowerShares QQQ Trust, Series 1 | A | Dividend | K | T | Sold (part) | 02/06/13 | J | B | |
| 155. | | | | | Sold (part) | 06/28/13 | J | A | |
| 156. | | | | | Sold (part) | 08/19/13 | J | A | |
| 157. Vanguard Emerging Markets Index | A | Dividend | J | T | | | | | |
| 158. Vanguard MSCI EAFE Index | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 159. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 160. Wisdom Tree Asia Local Market Debt Fund | A | Dividend | J | T | | | | | |
| 161. EGShares ETF Emerging Markets | A | Dividend | J | T | | | | | |
| 162. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 163. iShares FTSE EPPA Nareit Global Real Estate | A | Dividend | | | Sold | 06/12/13 | K | B | |
| 164. Powershares EFF Emerging Markets | A | Dividend | | | Sold | 01/17/13 | J | A | |
| 165. SPDR Barclays 1-3 Yr US Corp Investment Grade | A | Dividend | J | T | Buy (add'l) | 06/25/13 | J | | |
| 166. | | | | | Sold (part) | 10/09/13 | J | A | |
| 167. Powershares S&P Low Volatility | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 168. | | | | | Sold (part) | 10/03/13 | J | A | |
| 169. iShares Russell 2000 Index | A | Dividend | K | T | Buy (add'l) | 06/12/13 | J | | |
| 170. | | | | | Sold (part) | 08/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wisdom Tree Brazilian Real Fund | | None | J | T | Buy | 10/19/13 | J | | |
| 172. Wisdom Tree Japan Hedged Equity | A | Dividend | K | T | Buy | 01/17/13 | J | | |
| 173. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 174. | | | | | Sold (part) | 04/17/13 | J | A | |
| 175. | | | | | Sold (part) | 08/19/13 | J | A | |
| 176. iShares MSCI United Kingdom Index | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 177. | | | | | Sold (part) | 08/19/13 | J | A | |
| 178. PIMCO 0-5 Yr High Yield Corp | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 179. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 180. iShares Gold Trust | | None | J | T | Buy | 06/28/13 | J | | |
| 181. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 182. Vanguard Int'l Equity Global ex-US Real Estate | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 183. | | | | | | | | | |
| 184. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 185. iShares Barclays 1-3 Year Treasury Bond | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 186. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 187. SPDR Gold Trust | | None | J | T | Sold (part) | 02/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 03/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard Bond Index Fund | A | Dividend | J | T | Buy (add'l) | 02/06/13 | J | | |
| 189. | | | | | Sold (part) | 06/25/13 | J | A | |
| 190. | | | | | Sold (part) | 10/03/13 | J | A | |
| 191. Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 192. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | | | | | |
| 193. iShares MSCI Germany Index | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 194. DB Commodity Index | | None | J | T | | | | | |
| 195. ishares MSCI Hong Kong Index | | None | | | Buy (add'l) | 02/06/13 | J | | |
| 196. | | | | | Sold | 06/07/13 | J | A | |
| 197. PIMCO Enhanced Short Maturity Strgy ETFa | A | Dividend | J | T | | | | | |
| 198. Vanguard Dividend Appreciation | A | Dividend | J | T | Buy (add'l) | 10/03/13 | J | | |
| 199. Vanguard REIT Index | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 200. | | | | | Sold (part) | 06/25/13 | J | A | |
| 201. | | | | | Sold (part) | 10/03/13 | J | A | |
| 202. Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 203. PowerShares QQQ Trust, Series 1 | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 204. SPDR S&P 500 Fund | A | Dividend | J | T | Buy | 02/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 206. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 207. SPDR Barclays Capital Short Term Corportate Bond | A | Dividend | J | T | Buy (add'l) | 06/25/13 | J | | |
| 208. iShares AAA-A Rated Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 209. iShares FTSE EPPA Nareit Global Real Estate | A | Dividend | | | Sold | 06/12/13 | J | A | |
| 210. Powershares ETF Emerging Markets | A | Dividend | | | Sold | 01/17/13 | J | | |
| 211. Powershares S&P Low Volatility | A | Dividend | | | Sold | 10/03/13 | J | A | |
| 212. Guggenheim Enhanced Short Duration | A | Dividend | J | T | | | | | |
| 213. iShares Gold Trust | | None | J | T | | | | | |
| 214. Wisdom Tree Japan Hedged Equity | A | Dividend | J | T | Buy | 01/17/13 | J | | |
| 215. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 216. MSCI EAFE Minimum Volatility | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 217. MSCI United Kingdom Index | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 218. iShares Floating Rate Note Fund | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 219. iShares Russell 2000 | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 220. | | | | | | | | | |
| 221. CHARLES SCHWAB MONEY MARKET ACCOUNT | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fidelity USA | A | Dividend | K | T | | | | | |
| 223. Bank of America (savings) | A | Interest | K | T | | | | | |
| 224. Bank of America (checking) | A | Interest | K | T | | | | | |
| 225. LILO, LLC (Limited Liability Corporation) | D | Dividend | M | U | | | | | |
| 226. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |
| 227. Sovereign Bank (savings) | A | Interest | | | Closed | 10/10/13 | J | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2013, most of the assets owned [redacted] were managed by Windhaven Investments ("Windhaven"). Windhaven provided the information in this Report concerning the assets it managed. That information is, to the best of my knowledge, correct.

[redacted] invest in what Windhaven calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

I have not listed in Part VII the asset in my [redacted] Trust in part because I have no beneficial interest in it and do not now control the purchase, sale, or other disposition of the asset.

In response to the November 20, 2014 letter from the Judicial Conference Committee on Financial Disclosure, I note that the Vanguard Dividend Appreciation asset referenced in paragraphs 1 was included on lines 109 and 176 of my 2012 Report. With regard to paragraph 4, as noted in paragraph 1 of the letter, Vanguard Dividend Appreciation was listed on line 93 of my 2013 Report. The iShares Gold Trust asset on line 132 of my 2012 Report was listed on lines 38, 90, 113, and 209 of my 2013 Report. I understand these inquiries may have been made because the foregoing assets were not also on corresponding lines of the 2012 and 2013 Reports.

In any event, the following information is responsive to the issues raised in paragraphs 1 and 4 of the November 20, 2014 letter:

Paragraph 1
iShares Barclays 7-10 year Treasury Bond Fund is now listed on line 79 with the transaction of Buy rather than Buy(add'l) and the listing of this asset is corrected. Vanguard FTSE ETF Developed Markets is now listed on line 80 with the transaction of Buy rather than Buy (add'l). Vanguard Dividend Appreciation, was inadvertently included as a listing in IRA #1. This listing has been deleted from IRA #1.

Paragraph 4
For Brokerage Account #1, I inadvertently omitted the listing of Vanguard Dividend Appreciation now listed on line 102 and ishares Gold Trust now listed on line 98.

I have worked closely with the staff of the Committee on Financial Disclosure to develop my response to the November 20, 2014 letter and to minimize the risk of comparable questions being raised in the future. As recommended by the staff, this Amended Report for 2013 reorganizes Section VII in a manner which should facilitate preparation and review of future Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544